AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
OCT 3 0 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| United States of America<br>v.<br><br>EUGENE DAVIS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:14 MJ 1212 TIA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 18, 2014  in the county of  County of St. Louis  in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(J) | POSSESSION OF A STOLEN FIREARM |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Larry Stoddard, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/30/2014

*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Terry I. Adelman, U.S. Magistrate Judge
*Printed name and title*